# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## MAGISTRATE JUDGE SCOTT T. VARHOLAK

Case No. 1:22-cv-01759-STV                               Date: May 15, 2024

Case Caption:  *Jason Harter v. Victoria Stover*

### Defendant Victoria Stover's WITNESS LIST
(Name and Party Designation)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY[1] |
|---|---|
| Tracy Jackson | June 12 or 13 – 1.5 hours |
| Justin Martinez | June 12 or 13 – 1.5 hours |
| Claude Maez | June 12 or 13 – 1.5 hours |
| Damon Harris | June 12 or 13 – 1 hour |
| Ginger Harris | June 12 or 13 – 1 hour |
| Victoria Stover | June 12 or 13 – 2 hours |

---

[1]  Defendant reserves the right to call these witnesses before or after the dates specified depending on when Plaintiff's case in chief concludes.