IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01759-STV

JASON HARTER,

    Plaintiff,

v.

DEPUTY VICTORIA STOVER;

    Defendant.

---

### PLAINTIFF'S WITNESS LIST

---

    Plaintiff, by and through his attorneys, David Lane and Michael Fairhurst of KILLMER LANE, LLP, respectfully submits his Witness List for trial.

    DATED this 15th day of May 2024

                                           KILLMER LANE, LLP

                                           */s/ Michael P. Fairhurst*
                                           David A. Lane
                                           Michael Fairhurst
                                           KILLMER LANE, LLP
                                           1543 Champa Street, Suite 400
                                           Denver, CO 80202
                                           (303) 571-1000
                                           dlane@killmerlane.com
                                           mfairhurst@killmerlane.com

                                           *Counsel for Plaintiff*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE SCOTT T. VARHOLAK

Case No.  22-cv-01759-STV                              Date   05/15/2024

Case Title   Jason Harter v. Victoria Stover

                   Plaintiff's                WITNESS LIST
                        (Plaintiff / Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Jason Harter | June 10-11 – 2.5 hours |
| Defendant Victoria Stover | June 11 – 2.5 hours |
| Tyrel Maez | June 12 – 1 hour |
| Damon Harris | June 12 – 0.5 hour |
| Elijah Harter | June 12 – 0.5 hour |
| Joshua Visitacion, M.D. | June 10 – 1 hour |

## CERTIFICATE OF SERVICE

  I hereby certify that on May 15, 2024, I filed a copy of the foregoing **PLAINTIFF'S WITNESS LIST** via CM/ECF which will send an electronic Notice of Electronic Service to counsel at the following addresses:

William T. O'Connell, III
Saugat K. Thapa
WELLS, ANDERSON & RACE, LLC
1700 Broadway, Suite 900
Denver, CO 80290
woconnell@warllc.com
sthapa@warllc.com

              */s/ Charlotte Bocquin Scull*
              Paralegal

2