IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | | | |
|---|---|---|---|
| Civil Action: | 22-cv-01759-STV | Date: | June 10, 2024 |
| Courtroom Deputy: | Monique Ortiz | Court Reporter: | Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| JASON HARTER | *Michael Paul Fairhurst* |
| | *David A. Lane* |
| **Plaintiff,** | |
| v. | |
| VICTORIA STOVER | *William Thomas O'Connell, III* |
| | *Daniel K. Tom* |
| **Defendant.** | |

**COURTROOM MINUTES**

**JURY TRIAL DAY ONE**

**Court in session:  8:33 a.m.**

Appearances of counsel.  Present at Plaintiff's counsel table is Plaintiff Jason Harter.  Also present at Plaintiff's counsel table assisting counsel is Charlotte Scull.  Present at Defendant's counsel table is Defendant Victoria Stover.  Also present at Defendant's counsel table assisting counsel is Joanna Robarge.

The court instructs counsel to provide the names of everyone seated at counsel tables to the Courtroom Deputy.

The court informs counsel that there was a request by a local reporter to open the public line to listen to the proceedings.   No objections by counsel to open the public line.

Discussion held regarding preliminary jury instructions.

**Court in recess:       8:41  a.m.**

Jurors present.

Thirty (30) potential jurors are brought to the Court.

Fifteen (15) jurors called to the box.

**Court in session:** 9:23 a.m.

Preliminary remarks by the court to the jurors.

Attorneys and parties are introduced.

Court's synopsis of the case to jurors.

All jurors sworn for voir dire.

8:41 a.m.     Voir dire of the jury panel by the Court.

**Court in recess:** 10:20 a.m.
**Court in session:** 10:39 a.m.

Jurors present.

10:42 a.m.    Voir dire of the jury panel by Mr. Lane

11:05 a.m.    Voir dire of the jury panel by Mr. O'Connell

Excused for cause:
1.   100502662
2.   100502167
3.   100477725
4.   100507604
5.   100477583
6.   100487413
7.   100478692
8.   100492668
9.   100505747
10.  100490473
11.  100489060
12.  100499896
13.  100476317

Additional jurors called to replace excused jurors.

Voir dire of additional jurors by the court.

Voir dire of additional jurors by Mr. Lane.

Voir dire of additional jurors by Mr. O'Connell.

Each side passes the jurors for cause.

Plaintiff's Peremptory Challenges:

1. 100500377
2. 100488006
3. 100494562

Defendant's Peremptory Challenges:

1. 100493485
2. 100483565
3. 100500827

11:59 a.m.   Nine jurors sworn to try the case:

1. 100477946
2. 100503121
3. 100492718
4. 100501869
5. 100512643
6. 100477589
7. 100487195
8. 100501645
9. 100475622

Court provides jurors with preliminary instructions.

Jurors excused for lunch to report back at 1:30

**Court in recess:**     12:18 p.m.
**Court in session:**    1:22 p.m.

Jury present.

1:42 p.m.   Opening Statements by Mr. Fairhurst.

2:05  p.m.        Opening Statements by Mr. O'Connell

Plaintiff's witness, Joshua Visitacion, M.D., called and sworn.

2:28  p.m.        Direct examination of Mr. Visitacion by Mr. Fairhurst.

Mr. Fairhurst moves to admit Mr. Visitacion as an expert witness.

Objection by Mr. O'Connell

Jury excused.

Discussion regarding Mr. Visitacion being admitted as an expert witness.

**ORDERED:**        Mr. Visitacion will not be certified as an expert and allowed to give expert testimony. The sidebar objection is sustained.

**2:39 p.m.        Court in recess**
**2:55 p.m.        Court in session**

Jury present

Mr. Fairhurst withdraws his motion to certify Mr. Visitacion as an expert witness.

2:56 p.m.        Continued Direct examination of Mr. Visitacion by Mr. Fairhurst.
                 **Plaintiff's Exhibits 46, 48 are admitted.**

3:26 p.m.        Cross examination of Mr. Visitacion by Mr. O'Connell.

3:37 p.m.        Redirect examination of Mr. Visitacion by Mr. Fairhurst.

3:42 p.m.        Witness excused

Plaintiff 's witness, Victoria Stover, called and sworn

3:43 p.m.        Direct examination Ms. Stover by Mr. Fairhurst.
                 **Plaintiff's Exhibits 24 (page 14), 38 (pages 5-6), 34, 12 are admitted**

Witness presented with original copy of her deposition dated May 1, 2023.

4:36 p.m.       Jury excused to return tomorrow at 8:15 a.m.

Discussion regarding when charging conference will be held.

Court in Recess: 4:39 p.m.          Trial continued.          Total time in Court:  5:45