IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | | | |
|---|---|---|---|
| Civil Action: | 22-cv-01759-STV | Date: | June 11, 2024 |
| Courtroom Deputy: | Monique Ortiz | Court Reporter: | Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| JASON HARTER | *Michael Paul Fairhurst* |
| | *David A. Lane* |
| **Plaintiff,** | |
| v. | |
| VICTORIA STOVER | *William Thomas O'Connell, III* |
| | *Daniel K. Tom* |
| **Defendant.** | |

**COURTROOM MINUTES**

**JURY TRIAL DAY TWO**
**Court in session:  8:37 a.m.**

Appearances of counsel.  Present at Plaintiff's counsel table is Plaintiff Jason Harter.  Also present at Plaintiff's counsel table assisting counsel is Charlotte Scull.  Present at Defendant's counsel table is Defendant Victoria Stover.  Also present at Defendant's counsel table assisting counsel is Joanna Robarge.

Discussion regarding scheduling.

**Court in recess:**     8:38 a.m.
**Court in session:**   8:41 a.m.

Discussion regarding request from jurors.

Jury present.

Plaintiff's witness, Victoria Stover, remains under oath.

8:47 a.m.      Direct examination of Ms. Stover by Mr. Fairhurst, continued.
               **Plaintiff's Exhibits 42, 1, 2, 16, 5, 7, 33, 15, 18, 17, 26, 40, 41 are admitted**

Jury excused.

Discussion regarding scheduling.

**Court in recess:**     **10:14 a.m.**
**Court in session:**    **10:35 a.m.**

Discussion regarding Motion in Limine seeking to exclude prior unlocking incidents. We would like to renew our objection to Defendant's effort to exclude evidence related to Inmate Wood and seek to have it introduced as it is also relevant to Exhibit 36.

**ORDERED:**        Court will allow questioning into the second incident related to Inmate Wood, as stated on the record.

Jury present

10:42 a.m.    Direct examination of Ms. Stover by Mr. Fairhurst continued.
              **Plaintiff's Exhibit 35, 36 are admitted**

11:03 a.m.    Cross examination and direct examination of Ms. Stover by Mr. O'Connell.
              **Plaintiff's Stipulated Exhibit 25 admitted**

Jury excused to return at 1:15

**Court in recess:**     **12:00 p.m.**
**Court in session:**    **1:21 p.m**

1:21 p.m.     Cross examination and direct examination of Ms. Stover by Mr. O'Connell continued.
              **Defendant's Exhibit M are admitted.**

1:45 p.m.     Redirect examination of Ms. Stover by Mr. Fairhurst.

1:50 p.m.     Witness excused.

Plaintiff's witness, Jason Harter, called and sworn.

1:51 p.m.     Direct examination of Mr. Harter by Mr. Lane.

Mr. Lane moves to admit Stipulated Exhibits 3, 4, 6, 8, 9, 10, 11, 13, 14, 19, 20, 21 and 22.

Mr. O'Connell has no objection to admitting the Stipulated Exhibits listed by Mr. Lane.

**Stipulated Exhibits 3, 4, 6, 8, 9, 10, 11, 13, 14, 19, 20, 21 and 22, are admitted.**

Jury excused.

**Court in recess:** 2:48 p.m.
**Court in session:** 3:08 p.m.

Discussion regarding a question juror

Jury present.

Court addresses the jury regarding a juror question.

| | |
|---|---|
| 3:14 p.m. | Cross examination of Mr. Harter by Mr. O'Connell.<br>Witness presented with original copy of his deposition dated March 23, 2023.<br>Mr. O'Connell moves to offer Plaintiff's Exhibit 23 but due to it not being redacted, Mr. O'Connell withdraws his offer of Exhibit 23 and moves to admit Exhibit A3.<br>**Defendant's Exhibit A3, U, W are admitted.** |
| 4:03 p.m. | Redirect examination of Mr. Harter by Mr. Lane. |

Witness excused.

Juror questions reviewed at the bench.

Witness Victoria Stover recalled and sworn.

4:11 p.m.   Juror questions asked of Ms. Stover by the court.

Witness excused.

Plaintiff's witness, Claude Tyrel Maez, called and sworn.

4:15 p.m.   Direct examination of Mr. Maez by Mr. Lane.
Witness presented with original copy of his deposition dated April 4, 2023.

4:46 p.m.        Jury excused to return tomorrow at 8:15

Discussion regarding remainder of the trial schedule.  The court informs the parties that it plans on doing the charging conference tomorrow.

Court in Recess:  4:48 p.m.        Trial continued.        Total time in Court:  6:06