IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | | | |
|---|---|---|---|
| Civil Action: | 22-cv-01759-STV | Date: | June 12, 2024 |
| Courtroom Deputy: | Monique Ortiz | Court Reporter: | Sadie Herbert |

| Parties | Counsel |
|---|---|
| JASON HARTER | *Michael Paul Fairhurst* |
| | *David A. Lane* |
| **Plaintiff,** | |
| v. | |
| VICTORIA STOVER | *William Thomas O'Connell, III* |
| | *Daniel K. Tom* |
| **Defendant.** | |

**COURTROOM MINUTES**

**JURY TRIAL DAY THREE**
**Court in session:   8:25 a.m.**

Appearances of counsel.  Present at Plaintiff's counsel table is Plaintiff Jason Harter.  Also present at Plaintiff's counsel table assisting counsel is Charlotte Scull.  Present at Defendant's counsel table is Defendant Victoria Stover.  Also present at Defendant's counsel table assisting counsel is Joanna Robarge.

Discussion regarding Mr. O'Connell's intention to make the Rule 50 Motion at the close of evidence to keep the trial moving.

Jury Present

Plaintiff's witness, Claude Tyrel Maez, remains under oath.

| | |
|---|---|
| 8:31 a.m. | Cross examination and direct examination of Mr. Maez by Mr. O'Connell.<br>**Defendant's Exhibit J, A23, admitted**<br>**Plaintiff's Exhibit 43 admitted.** |
| 9:10 a.m. | Redirect and cross examination of Mr. Maez by Mr. Lane. |

9:35 a.m.       Further examination of Mr. Maez by Mr. O'Connell.

9:37 a.m.       Juror questions asked of Mr. Maez by the court.

9:42 a.m.       Follow up questions to juror questions of Mr. Maez by Mr. Lane.

9:43 a.m.       Follow up questions to juror questions of Mr. Maez by Mr. O'Connell.

Witness excused.

Plaintiff's witness, Damon Harris, called and sworn.

9:45 a.m.       Direct examination of Mr. Harris by Mr. Fairhurst.

Jury excused.

Discussion regarding a limiting instruction.

**Court in recess:**    **10:05 a.m.**
**Court in session:**    **10:21 a.m.**

10:23 a.m.      Cross examination and direct examination of Mr. Harris by Mr.
                      **Defendant's Exhibit A7 admitted.**

10:41 a.m.      Redirect examination and cross examination of Mr. Harris by Mr. Fairhurst.

10:47 a.m.      Juror question asked of Mr. Harris by the court.

Witness excused.

10:48 a.m.      PLAINTIFF RESTS.

Defendant's witness, Ginger Harris, called and sworn.

10:49 a.m.      Direct examination of Ms. Harris by Mr. O'Connell
                      **Defendant's Exhibit A5 admitted.**

11:08 a.m.      Cross examination of Ms. Harris by Mr. Fairhurst.

11:16 a.m.     Redirect examination of Ms. Harris by Mr. O'Connell.

Witness excused.

Defendant's witness, Justin Martinez, called and sworn.

11:19 a.m.     Direct examination of Mr. Martinez by Mr. O'Connell.
               **Defendant's Exhibit E admitted.**

Jury excused.

The court will provide a draft of the jury instructions to counsel for their review during the lunch break.

**Court in recess:     11:49 a.m.**
**Court in session:    1:06 p.m.**

Jury present.

Defendant's witness, Justin Martinez, remains under oath.

1:12 p.m.      Direct examination of Mr. Martinez by Mr. O'Connell continued.
               **Plaintiff's Exhibit 27 admitted.**

1:57 p.m.      Cross examination of Mr. Martinez by Mr. Fairhurst.
               Witness presented with original copy of his deposition dated April 14, 2023.

2:24 p.m.      Redirect examination of Mr. Martinez by Mr. O'Connell.

Witness excused.

Defendant's witness, Tracy Jackson, called and sworn.

2:27 p.m.      Direct examination of Ms. Jackson by Mr. O'Connell.
               **Defendant's Exhibit L, A15 admitted.**

Jury excused.

Discussion regarding Exhibit A.  Discussion regarding trial schedule.  Court informs counsel that it will hold the charging conference today.

**Court in recess:**     2:53 p.m.
**Court in session:**    3:19 p.m.

Defendant's witness, Tracy Jackson, remains under oath.

3:20 p.m.    Direct examination of Ms. Jackson by Mr. O'Connell continued.
             **Defendant's Exhibits A, A2, A4 admitted.**

3:59 p.m.    Cross examination of Ms. Jackson by Mr. Lane.
             Witness presented with original copy of her deposition dated April 26, 2023.

Jury excused.

Mr. O'Connell makes oral Rule 50 Motion.

**ORDERED:**    The oral Rule 50 Motion is **DENIED**, as stated on the record.

Mr. Lane excused.

Discussion regarding jury instructions.

Plaintiff has no objection to the jury instructions.

Defendant has no objection to the jury instructions.

Court in Recess:  5:08 p.m.        Trial continued.        Total time in Court:  6:44