IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | | |
|---|---|---|
| Civil Action: | 22-cv-01759-STV | Date: June 13, 2024 |
| Courtroom Deputy: | Monique Ortiz | Court Reporter: Kevin Carlin |

| Parties | Counsel |
|---|---|
| JASON HARTER | *Michael Paul Fairhurst* |
| | *David A. Lane* |
| **Plaintiff,** | |
| v. | |
| VICTORIA STOVER | *William Thomas O'Connell, III* |
| | *Daniel K. Tom* |
| **Defendant.** | |

**COURTROOM MINUTES**

**JURY TRIAL DAY FOUR**

Off record:  ORDERED: Lunch to be provided to the jury throughout deliberations beginning today.

**Court in session:   8:06 a.m.**

Appearances of counsel.  Present at Plaintiff's counsel table is Plaintiff Jason Harter.  Also present at Plaintiff's counsel table assisting counsel is Charlotte Scull.  Present at Defendant's counsel table is Defendant Victoria Stover.  Also present at Defendant's counsel table assisting counsel is Joanna Robarge.

Discussion regarding jury instructions.  Counsel to email limiting instruction to chambers.

**Court in recess:**     8:12 a.m.
**Court in session:**    8:20 a.m.

Jury present.

Defendant's witness, Tracy Jackson, remains under oath.

8:22 a.m.	Cross examination of Ms. Jackson by Mr. Lane, continued.

8:31 a.m.	Redirect examination of Ms. Jackson by Mr. O'Connell.

Witness excused.

DEFENSE RESTS.

NO REBUTTAL.

Jury excused.

**Court in recess:**	**8:42 a.m.**
**Court in session:**	**9:05 a.m.**

Jury present.

Court reads Jury Instructions.

9:30 a.m.	Plaintiff's closing argument by Mr. Lane.

10:05 a.m.	Defendant's closing argument by Mr. O'Connell.

10:41 a.m.	Plaintiff's rebuttal closing argument by Mr. Lane.

Jury instructed.

Jury Oath by the Courtroom Deputy.

Bailiff Oath to the Courtroom Deputy.

10:55 a.m.	Jury excused to begin deliberations.

**ORDERED:**	Parties shall submit a proposed judgment fourteen (14) days from todays date.

**ORDERED:**	At the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

**Court in recess:** 10:58 a.m.
**Court in session:** 2:18 p.m.

Jury deliberation question reviewed with counsel.

Deliberation question answered.

**Court in recess:** 2:31 p.m.
**Court in session:** 4:29 p.m.

Jury present.

Court addresses the jury regarding continuing deliberation today or returning tomorrow and continuing deliberation

**Court in recess:** 4:34 p.m.
**Court in session:** 5:16 p.m.

Jury is present.

Jury Foreperson reads verdict.

Jury polled.

Court thanks jury for their service.  Jury is dismissed.

Court in Recess:   5:23 p.m.          Trial concluded.          Total time in Court:  2:46

*Clerk's Note:  All original exhibits and depositions were returned to counsel or a representative of counsel at the conclusion of the trial.*