IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   22-cv-01759-STV

JASON HARTER

v.

VICTORIA STOVER

## JURY NOTE TO COURT

We, the jury, have reached a verdict _____

We, the jury, have a question as stated below ✓

Please distinguish between "reckless indifference" and "deliberate indifference."

ZP, 6/13/20
Date and Time

Foreperson Signature

## ANSWER FROM THE COURT

Please Re-read Instruction #9 For Deliberate Indifference.

Please Re-read Instruction #13 For Reckless Or Callous Indifference

2:28 P.M., 6/13/2024
Date and Time

Magistrate Judge Varholak