IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01759-STV

JASON HARTER,

    Plaintiff,

v.

VICTORIA STOVER,

    Defendant.

---

## VERDICT FORM

---

We, the jury, upon our oath, find and state as follows:

1. Has the Plaintiff proven by a preponderance of the evidence each element of his claim against Defendant Stover?

    __X__ YES

    _____ NO

If your answer is "Yes" to Question 1, go on to Questions 2 and 3. If you answer is "No" to Question 1, skip the remaining questions and go directly to the signature block at the end of this verdict form.

2. What amount of money do you award to the Plaintiff to reasonably and fairly compensate him for past, present, and projected future physical and emotional pain, mental anguish, and loss of enjoyment of life that you believe was caused by Defendant Stover.

$ 17,500.00

1

3.   Has the Plaintiff proven by a preponderance of the evidence that Defendant Stover acted maliciously or with callous or reckless indifference to his constitutional rights?

_____ YES

_____ NO

If your answer is "Yes" to Question 3, go on to Question 4. If you answer is "No" to Question 3, skip Question 4 and go directly to the signature block at the end of this verdict form.

4.   What amount of punitive damages, if any, do you award against Defendant Stover?

$ 

