IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01759-STV

JASON HARTER,

    Plaintiff,

v.

DEPUTY VICTORIA STOVER;

    Defendant.

---

**FINAL JUDGMENT**

---

THIS MATTER came before the Court and a jury of nine duly sworn to try the matter on June 10, 2024 the Honorable Scott Varholak, United States District of Colorado Magistrate Judge, presiding. On June, 13, 2024, the jury returned its verdict as follows:

**Verdict Form**

We, the jury, upon our oath, find and state as follows:

1.    Has the Plaintiff proven by a preponderance of the evidence each element of his claim against Defendant Stover?

    Answer: YES

If your answer is "Yes" to Question 1, go on to Questions 2 and 3. If you answer is "No" to Question 1, skip the remaining questions and go directly to the signature block at the end of this verdict form.

2.    What amount of money do you award to the Plaintiff to reasonably and fairly compensate him for past, present, and projected future physical and emotional pain, mental anguish, and loss of enjoyment of life that you believe was caused by Defendant Stover.

    $ $17,500.00

3. Has the Plaintiff proven by a preponderance of the evidence that Defendant Stover acted maliciously or with callous or reckless indifference to his constitutional rights?

Answer: NO

If your answer is "Yes" to Question 3, go on to Question 4. If you answer is "No" to Question 3, skip Question 4 and go directly to the signature block at the end of this verdict form.

4. What amount of punitive damages, if any, do you award against Defendant Stover?

$ 0

PLEASE SIGN AND DATE THE VERDICT FORM.

IT IS THEREFORE

ORDERED that judgment is hereby entered in favor of Plaintiff, Jason Harter, and against Defendant, Victoria Stover, in the total amount of $17,500.00 on Plaintiff's claim of Defendant Stover's failure to protect him in violation of his Constitutional rights. It is further

ORDERED that post judgment interest shall accrue on the total amount of $17,500.00 at the legal rate of 5.1% per annum from the date of entry of judgment. It is further

ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 28th day of June 2024

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ M. Ortiz
Deputy Clerk